[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-14792
Non-Argument Calendar
_____

D.C. Docket No. 2:12-cr-00048-CG-C-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ORSKER MCIRBY,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

(May 21, 2013)

Before HULL, MARCUS and JORDAN, Circuit Judges

PER CURIAM:

Kristen Gartman Rogers, counsel for Orsker McIrby in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and McIrby's conviction and sentence are **AFFIRMED**.